# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 25-20188 |
| MONTORIO COLEMAN, | ) |
| STACY HOUSTON, | ) |
| JORDAN BALLARD, | ) |
| BRUCE SCOTT, | ) |
| Defendants. | ) |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge Thomas L. Parker for all further proceedings.

**IT IS SO ORDERED,** this 20th day of October, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE